**Electronically Filed
Supreme Court
SCPW-20-0000334
15-MAY-2020
10:08 AM**

SCPW-20-0000334

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE THOMAS LAURO, Petitioner.

---

ORIGINAL PROCEEDING
(CASE NO. 1CPN-19-0000002)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Thomas Lauro's letter, which was filed on April 30, 2002, as a petition for writ of mandamus, the documents attached thereto and submitted in support thereof, and the record, it appears that, at this time, based on the information provided, petitioner is not entitled to the requested extraordinary relief from this court. See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, May 15, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson